# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: ) ) **CORNERSTONE MANAGEMENT PARTNERS,** ) **INC.** ) ) **Debtor.** ) ) ) | Case No. 19-20031-11<br><br>Chapter 11 |

## ENTRY OF APPEARANCE

COME NOW Ryan C. Hardy and the law firm of Spencer Fane LLP and hereby enter their appearances for the Debtor and Debtor-in-Possession in this matter.

Dated:  January 15, 2019
St. Louis, Missouri

Respectfully submitted,

**SPENCER FANE LLP**

/s/ Ryan C. Hardy
Eric C. Peterson MO #62429
Ryan C. Hardy MO #62926
1 North Brentwood Boulevard
Suite 1000
St. Louis, MO 63105
(314) 863-7733
(314) 862-4656 – Fax
epeterson@spencerfane.com
rhardy@spencerfane.com

Scott J. Goldstein MO #28698
Zachary Fairlie MO #68057
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216– Fax
sgoldstein@spencerfane.com
zfairlie@spencerfane.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*

SL 3128285.1