# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CORNERSTONE MANAGEMENT PARTNERS, INC.** | Case No. 19-20031-11 |
| | **Hearing Date and Time:** January 17, 2019 at 9 a.m. |
| **Debtor.** | **Hearing Location:** Jefferson City |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Cornerstone Management Partners, Inc., the above-captioned debtor and debtor-in-possession ("Debtor") filed the following Motions on January 15, 2019:

1. Debtor's Motion for Entry of Interim and Final Orders (I) Approving the Sale of Certain Shares of Stock Free and Clear of Liens, Claims, Interests and Encumbrances and (II) Granting Related Relief Debtor's Motion for Expedited Hearing on same;

2. Debtor's Motion for Entry of Order Prohibiting Utility Providers from Discontinuing Services and Approving Form of Adequate Assurance of Payments for the Continuation of Utility Services;

3. Debtor's Motion for Entry of an Order Authorizing, but not Directing, the Debtor to Continue Prepetition Insurance Coverage;

4. Debtor's Motion to Approve Procedures for Interim Compensation and Reimbursement of Professionals' Fees;

5. Debtor's Motion to Limit Notice and Establish Noticing Procedures;

6.      Application of the Debtor for an Order Authorizing and Approving the Employment and Retention of Spencer Fane LLP *Nunc Pro Tunc* to the Petition Date, as Counsel for the Debtor and Granting Related Relief;

PLEASE TAKE FURTHER NOTICE that a hearing to consider the foregoing motions shall be held on January 17, 2019 at 9:00 a.m., prevailing Central Time, in the Christopher S. Bond Court House, Courtroom 4B, 80 Lafayette Street, Jefferson City, MO 65101.

**Date:  January 16, 2019**              */s/ Dennis R. Dow*_____
                                          Honorable, Dennis R. Dow
                                          UNITED STATES BANKRUPTCY JUDGE


                                          Respectfully submitted,

                                          **SPENCER FANE LLP**

                                          /s/ Ryan C. Hardy_____
                                          Eric C. Peterson MO #62429
                                          Ryan C. Hardy MO #62926
                                          1 North Brentwood Boulevard
                                          Suite 1000
                                          St. Louis, MO 63105
                                          (314) 863-7733
                                          (314) 862-4656 – Fax
                                          epeterson@spencerfane.com
                                          rhardy@spencerfane.com

                                          Scott J. Goldstein MO #28698
                                          Zachary Fairlie MO #68057
                                          1000 Walnut, Suite 1400
                                          Kansas City, MO 64106
                                          (816) 474-8100
                                          (816) 474-3216– Fax
                                          sgoldstein@spencerfane.com
                                          zfairlie@spencerfane.com

                                          *Proposed  Counsel to the Debtor and Debtor-in-Possession*