**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re:<br><br>**CORNERSTONE MANAGEMENT PARTNERS, INC.**<br><br>**Debtor.** | )<br>)  Case No. 19-20031-11<br>)<br>)  Chapter 11<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Order of the Court Granting the Objection to Claim Number 62 of Keith Duren Revocable Living Trust [Dkt. No. 158] was mailed first class, postage prepaid to the following party on October 25, 2019:

Keith Duren Revocable Living Trust – Larry K. Duren
408 Deerfield Court
Great Falls, MT  59405

Respectfully submitted,

THOMPSON COBURN LLP

*/s/ Brian Hockett*
　Mark V. Bossi, 37008
　Brian Hockett, 52984
　One US Bank Plaza
　St. Louis, Missouri 63101
　Phone (314)552-6000
　Fax (314) 552-7000
　mbossi@thompsoncoburn.com
　bhockett@thompsoncoburn.com

Attorneys for John P. Vaclavek, Liquidating Trustee of the CMP Liquidating Trust